608

456 A.2d 1087

Yingling, Appellant v. Herndon.
Petition for Allowance of Appeal
Denied June 2, 1983.

Argued October 13, 1982. James Cole, for appellant; Lee A. Montgomery, for appellee.

Before WIEAND, BECK and MONTGOMERY, JJ.

Judgment affirmed.

February 11, 1983.

456 A.2d 1087

Atlantic Equip. Leasing Co., Inc. v. Stoddard, Appellant.

Argued December 15, 1981. Michael P. McIntyre, for appellant; Alan B. Ziegler, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.